# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL4 | 9560778 | MARCUS DELANEY | 325 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 12/4/2020 1821 | 56:109 B |

**Place of Offense:** PRZF - PEARSON RIDGE

**Offense Description: Factual Basis for Charge** HAZMAT ☐
NOT ABIDING BY RULES + REGS ON WMA.
(TAKE DEER w/ FIREARM DURING BOW ONLY)

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| ARTHUR | BRYAN | J |

**Street Address:** 7456 PLAINVIEW RD.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 2OH467 | LA | 05 | GMC SIERRA | | WHITE |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov
$ 130.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US MAGISTRATE CT 337-331-6143
BLDG 1946 15 ST
FT POLK LA 71459

**Date:** 2/1/21
**Time:** 9:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9560778*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on DEC. 4, 2020 while exercising my duties as a law enforcement officer in the WESTERN District of LOUISIANA

I, Cpl. Marcus Delaney, was on patrol on Pearson Ridge WMA (PRZF) along with Lt. Billy Shoemaker and Sgt. Andrew Mitchell. I observed a vehicle approach my location. Upon making contact with BRYAN J. ARTHUR, he informed me that he had been hunting deer with a rifle during an archery only portion of the deer season. He also informed me that he killed a 7 point buck on 12/2/20 with the same rifle, also during the archery only season. Arthur was cited for the violation.

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/4/20   Officer's Signature: [signed] 18984
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident